FILED _____ LODGED
_____ RECEIVED

**OCT 29 2024**

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

**2:24 CV 1777 JLR**

**ADONIS H. BENNETT**

**Plaintiff**

CIVIL NO:

**COMPLAINT OF EMPLOYMENT DISCRIMINATION**

VS.
**UNIVERSITY OF WASHINGTON, ANA MARI CAUCE, PRESIDENT, DENNIS GARBERG, MANAGER, JOHN ANDERSON, SUPERVISOR**

**Defendants.**

**Demands Trial by Jury**

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

TO THE HONROABLE COURT:

COMES NOW Plaintiff ADONIS H. BENNETT, Pro Se/Citizen and Party to this action, and hereby complains against defendants, ANA MARI CAUCE, PRESIDENT, UNIVERSITY OF WASHINGTON, DENNIS GARBERG, ZONE MANAGER AND JOHN ANDERSON, REFRIGERATION SUPERVISOR and HUMAN RESOURCES DEPARTMENT as follows:

COMPLAINT OF EMPLOYMENT
DISCRIMINATION

1

Adonis H. Bennett
610 N. Charlotte Avenue
Bremerton, WA 98312
Phone: (360) 801-3100

I.

## INTRODUCTION

1.   This is an action to vindicate the violation of Plaintiff's constitutional and civil rights, And to redress the unlawful and discriminatory conduct and employment practices of the defendants. This action arises out of the illegal, intolerable, hostile, retaliatory, humiliating, racially harassive conditions, disparity treatment and age discrimination imposed upon the Plaintiff ADONIS BENNETT by Defendants Ana Mari Cauce, President, University of Washington (herein after UW), and at all times pertinent to the fact of this cause as follows, Dennis Garberg, Zone Manager, UW, and at all times pertinent to the fact of this cause as follows and John Anderson, Refrigeration Supervisor, UW, and at all times pertinent to the facts of this cause, as follows, and Anne Marie Marshall and Beverly Paige, Human Resources Department and at all times pertinent to the fact of this cause as follows.

I.

1.   As a result of defendants' actions, Plaintiff succumbs to unlawful employment practices disparate treatment, retaliation, age and race discrimination, undue harassment and surveillance, racially hostile working environment, age and gender discrimination.

2.   Plaintiff alleges, inter alia, that Defendants' intentionally targeted him, and that the horrific actions and conditions that resulted in his constructive discharged and unlawful employment practices, and disparity treatment in whole or in part, upon his race, African American, in violation of his rights under 42 U.S.C. § §1983, 1985 (3) and 1986. Civil Rights Act of 1866, as amended by the Civil Rights Restoration Act of 1991, Title VII of the Civil Rights Act of 1964 as amended;

3.   As a result of the unlawful employment practices, retaliation, discriminatory acts, undue harassment and hostile work environment and harrassive actions of the defendants and assigns; Plaintiff

COMPLAINT OF EMPLOYMENT                    2                    Adonis H. Bennett
DISCRIMINATION                                                  610 N. Charlotte Avenue
                                                               Bremerton, WA 98312
                                                               Phone: (360) 801-3100

now seeks injunctive relief, monetary damages, if applicable; compensatory and punitive damages pursuant to 42 U.S.C. § 2000e-5 and 2000e-5(g).

## II.

## PARTIES

4.    Plaintiff ADONIS BENNETT, is an American Citizen and African American male, over the age of Forty (40) and is an adult individual who resides at 610 N. Charlotte Avenue, Bremerton, WA 98312. At all relevant times to this action, Plaintiff was an employee of UW in King County, Seattle, Washington, and has been at times pertinent to the facts in this cause, within the meaning of the Civil Rights Restoration Act of 1991 and 42 U.S.C. § 1983 and had contractual rights to continue employment.

5.    Upon information and belief, Defendants alleged conduct against Adonis Bennett occurred within King County, State of Washington.

6.    Defendants, University of Washington in King County of which Ana Mari Cauce, President, 301 Gerberding Hall, P.O. Box 351230, Seattle, Washington 98195, may be served at this address; Dennis Garberg, Zone Manager, 4515 25 Avenue NE, Seattle, Washington 98105, may be served at this address and John Anderson, Refrigeration Supervisor, 1959 Pacific Street NE, Room D-113, Seattle, Washington 98195, may be served at this address.

## III.

## JURISDICTION AND VENUE

6.    This is a civil action, and this court has jurisdiction of the action pursuant to 42 U.S.C. §§1981, 1983, and 28 U.S.C. §§ 1343, 1331 and 1334, to redress the unlawful deprivation of

COMPLAINT OF EMPLOYMENT
DISCRIMINATION

3

Adonis H. Bennett
610 N. Charlotte Avenue
Bremerton, WA 98312
Phone: (360) 801-3100

Plaintiff's rights secured, guaranteed, and protected by federal law. Also, this Court has jurisdiction pursuant to 28 U.S.C. §§ 2201 and 2202 relating to declaratory judgments.

7.       Venue is proper in the United States District Court for the Western District of Washington, at King County, Seattle, Washington pursuant to 28 U.S.C. § 1391 (b), wherein Defendants regularly conduct business and where all the wrongful and egregious conduct occurred.

## IV.

## **ADMINISTRATIVE PREREQUISITES**

8.       No administrative prerequisites are required before a Plaintiff files a complaint pursuant        to the Civil Rights Act of 1886, as amended by the civil Rights Restoration Act of 1991, and 42 U.S.C. § 1993.

9.       Plaintiff timely and legitimately filed a formal Charge of Discrimination with the Equal Employment Opportunity Commission (hereafter EEOC) on February 27, 2023, Charge Number 551-023-00805 **(Exhibit #1 Charge of Discrimination dated February 27, 2023) (4 pages).** Plaintiff has subsequently accommodated all requests for information, and fully coop rated in the EEOC's investigation of this matter, as prerequisite to filing an action under 42 U.S.C. § 2000e-5 and § 706 of Title VII of the Civil Rights Act of 1964 as amended, Plaintiff received his Dismissal and Notice of Rights letter dated August 02, 2024 **(Exhibit #2 Determination and Notice of Rights dated August 02, 2024) (1 page).**

## V.

## **FACTUAL ALLEGATIONS**

10.       Plaintiff, Adonis Bennett is an American Citizen, and African American male, over the age of forty (40), such is a member of a protected class under 42 U.S.C. § 2000e-5 and section 706 Title VII of the Civil Rights Act of 1964 as amended. At all relevant times to this complaint, Plaintiff fully, adequately, and completely performed all of the functions, duties and responsibilities as a Refrigeration

COMPLAINT OF EMPLOYMENT                                4
DISCRIMINATION

Mechanic for University of Washington (herein after UW), Seattle Campus from February 15, 2020 to May 12, 2023; has a remarkable work history, record of excellent job performance/appraisal, credibility, dependable, honest and of outstanding character.

11.    Plaintiff, a former employee at UW was a victim of racial discrimination, retaliation, age discrimination, undue harassment, surveillance, intimidation, disparate treatment and hostile working environment. In this capacity, Plaintiff worked at UW, Main Campus at Seattle for two (2) years and five (5) months of employment utilizing his expertise as a Refrigeration Mechanic.

12.    Plaintiff attended Bates Technical College, located 109 Yakima Avenue, Tacoma Washington 98405, and completed the degree program in Heating, Ventilation, Air Conditioning and Refrigeration (HVAC&R) and Electrical Construction Program and Renton Technical College, located at 3000 NE 4th Street, Renton, Washington 98056 and completed a Two (2) years Certificate program in Refrigeration Major Appliance Program to improve his skills and enhance his job marketing abilities for employment.

13.    Prior to plaintiff's employment with the UW, plaintiff completed various Industry recognized training programs. Plaintiff obtained his Labor and Industries Handling Card.06A, completed testing requirements for City of Seattle Refrigeration License and City of Seattle Boiler License and UW's Nine (9) months program called "Stepping Stones for Success" which is a pathway required for higher level administrators to complete prior to them advancing in their profession.

14.    During plaintiff's employment at the UW as a Refrigeration Mechanic, On or about May 2022, he applied for the position of Refrigeration Lead, posted on UW (website under trades Refrigeration Lead M-F; 6:55am to 3:25pm; Posting date closing date of 4/22/2022 closing date 5/12/2022) **(Exhibit #3 Refrigeration Lead M-F; 6:55am to 3:25pm; Posting date was 4/22/2022, and closing date 5/12/2022) (5 pages).**

COMPLAINT OF EMPLOYMENT                    5                    Adonis H. Bennett
DISCRIMINATION                                                  610 N. Charlotte Avenue
                                                               Bremerton, WA 98312
                                                               Phone: (360) 801-3100

15.    Plaintiff received an email from the UW Human Resources Recruiting, stating that plaintiff meet the minimum qualification **(Exhibit #4 Refrigeration Lead [M-F; 6:55am to 3:25pm], UWHIRES Requisition 200186, at the University of Washington) (1 page).**

16.    Plaintiff made several attempts via email to find out status of the Refrigeration Lead position he had applied for by reaching out to Anne Marie Marshall, Human Resources (HR) and cc'd Dennis Garberg, but to no avail.

17.    Plaintiff sent another email to Beverly Paige, Human Resources (HR) and cc'd Dennis Garberg.

18.    Plaintiff was informed by Beverly Paige to reach out to Dennis Garberg because he was the decision maker regarding the lead position.

19.    Plaintiff reached out to Dennis Garberg to find out status of the Refrigeration Lead position he had applied for, and Dennis responded by informing plaintiff to visit his office.

20.    During the meeting with Dennis Gargberg, he told plaintiff, "he did not look at my resume, and only one person applied for the position." Dennis was making mention of the plaintiff who was the one person who had applied and met the deadline.

21.    Plaintiff became victim focus and was subjected to race discrimination, retaliation and a hostile work environment by John Anderson, supervisor because plaintiff had applied for the Lead position and reaches out to HR for the status of the position.

22.    Plaintiff filed a complaint against John Anderson with HR regarding John's behavior and with him creating a hostile work environment.

23.    Plaintiff had no clue what the UW did to alleviate daily attacks from John Anderson who ridiculed and made offensive and disparaging remarks towards plaintiff during morning meetings.

COMPLAINT OF EMPLOYMENT                           6
DISCRIMINATION

Adonis H. Bennett
610 N. Charlotte Avenue
Bremerton, WA 98312
Phone: (360) 801-3100

15.    Plaintiff received an email from the UW Human Resources Recruiting, stating that plaintiff meet the minimum qualification **(Exhibit #4 Refrigeration Lead [M-F; 6:55am to 3:25pm], UWHIRES Requisition 200186, at the University of Washington) (1 page).**

16.    Plaintiff made several attempts via email to find out status of the Refrigeration Lead position he had applied for by reaching out to Anne Marie Marshall, Human Resources (HR) and cc'd Dennis Garberg, but to no avail.

17.    Plaintiff sent another email to Beverly Paige, Human Resources (HR) and cc'd Dennis Garberg.

18.    Plaintiff was informed by Beverly Paige to reach out to Dennis Garberg because he was the decision maker regarding the lead position.

19.    Plaintiff reached out to Dennis Garberg to find out status of the Refrigeration Lead position he had applied for, and Dennis responded by informing plaintiff to visit his office.

20.    During the meeting with Dennis Gargberg, he told plaintiff, "he did not look at my resume, and only one person applied for the position." Dennis was making mention of the plaintiff who was the one person who had applied and met the deadline.

21.    Plaintiff asked Dennis Garberg in the meeting, "why did he promote Jo0hn Anderson to supervisor after being hired less than six months and did not complete his one year probation, did not complete Stepping Stone for Success, no refrigeration license by the City of Seattle which is required to work on refrigeration equipment. Dennis told plaintiff, "He can do what he wants to do." **(Exhibit #5 Adonis Bennett, Memo for record of the meeting emailed to Dennis, dated September 02, 2022).**

22.    Plaintiff became victim focus and was subjected to race discrimination, retaliation and a hostile work environment by John Anderson, supervisor because plaintiff had applied for the Lead position and reaches out to HR for the status of the position.

COMPLAINT OF EMPLOYMENT                    6                    Adonis H. Bennett
DISCRIMINATION                                                 610 N. Charlotte Avenue
                                                              Bremerton, WA 98312
                                                              Phone: (360) 801-3100

23.     Plaintiff filed a complaint against John Anderson with HR regarding John's behavior and with him creating a hostile work environment.

24.     Plaintiff had no clue what the UW did to alleviate daily attacks from John Anderson who ridiculed and made offensive and disparaging remarks towards plaintiff during morning meetings.

25.     Plaintiff asked question(s) during morning meetings was work related. John responded with accusing plaintiff of pulling a compressor from a science room which was far from the truth (because no compressor was pulled) in-order to demean, intimidate and embarrass plaintiff before his co-workers.

26.     Plaintiff work environment became so hostile during one morning meetings wherein John was talking about a BBQ and beating a dog with a bat which had nothing to do with work which was considered inappropriate.

27.     Plaintiff reported to HR the finding of a finding a screw driver in his windshield, hood popped open and flat tire to his work truck.

28.     Plaintiff was targeted by Dennis Garberg and John Anderson by using a fellow co-worker (Angel Huatuco Porras) to surveil plaintiff and report back to them.

29.     Plaintiff work environment became so hostile with no help from HR or any other management official(s) at UW to address his complaints filed against Dennis Garberg and John Anderson who conspired to retaliate and create hostile work environment.

30.     Plaintiff made an honest attempt to address the issues of disparate treatment, racial discrimination, intimidation, harassment and a hostile working environment by filing a complaint with Human Resources with hopes of getting to a resolution. Instead, plaintiff continues to be a target for employment separation from UW.

31.     Plaintiff stated this has been one of the most horrible experiences; wherein he was afraid, humiliated and scared into anxiety, stressed out and sick.

COMPLAINT OF EMPLOYMENT
DISCRIMINATION

7

32.    Plaintiff was dehumanize, embarrassed and humiliated by Dennis Garberg's and John Anderson's decision to intentional and viciously singled him out for humiliation and retaliation which causes immense psychological and physiological stress.

33.    Plaintiff succumbs to disparate treatment and had to endure racial and age discrimination, degrading comments, undue harassment and surveillance, retaliation, and hostile work environment due to the actions of Dennis Garberg and John Anderson.

34.    Plaintiff maintained a professional composure, with the hope of keeping his job under these extreme circumstances but was unsuccessful in doing so.

35.    Plaintiff's constitutional rights were grossly violated and his rights under the color of law.

36.    Plaintiff made a decision to protect his psychological and physical health, to escape the inhumane treatment and cruelty by prematurely resigning from his position with UW on May 03, 2023 a job that he loves and went to school for the training to perform his job.

37.    Plaintiff asserts that Garberg and John Anderson conspired to directly and intentionally retaliated, discriminated and created a hostile work environment that would force plaintiff to ultimately resign from his position. (Exhibit #6 Adonis Bennett, Resignation letter, dated May 03, 2023).

38.    Plaintiff was compelled to take all necessary appropriate action(s) to seek medical attention because of the psychological and physiological stressful and hostile work environment that the defendants had created.

## VI.
### FEDERAL CLAIMS
### FIRST CAUSE OF ACTION
### CONSTRUCTIVE DISCHARGE OF PLAINTIFF IN VIOLATION OF
### THE CIVIL RIGHTS ACT OF 1871,
### (AS TO DEFENDANTS IN THEIR INDIVIDUAL CAPACITIES)
### 42 U.S.C. § 1983

39.    Plaintiff incorporates paragraphs 1-38 as if fully written herein.

COMPLAINT OF EMPLOYMENT                    8                    Adonis H. Bennett
DISCRIMINATION                                                 610 N. Charlotte Avenue
                                                               Bremerton, WA 98312
                                                               Phone: (360) 801-3100

40.    By and through the course of conduct herein described, acting under the cloak and color of state law, Defendants violated 42 U.S.C. § 1983 by retaliating and overtly, covertly harassing, intimidating, disparaging and ridiculing Plaintiff because of his race.

41.    By and through the course of conduct herein described, Defendants, acting under the cloak of state law created working conditions so intolerable for Plaintiff that another person in the Plaintiff's position would have felt compelled to resign under said circumstances.

## VI.
### FEDERAL CLAIMS
### SECOND CAUSE OF ACTION
### VIOLATION OF PLAINTIFF'S  CIVIL RIGHTS ACT OF 1871, 42 U.S.C. § 1983
### (AS TO DEFENDANTS IN THEIR INDIVIDUAL CAPACITIES)

42.    Plaintiff incorporates paragraphs 1-41 as if fully written herein.

43.    By and through the course of conduct herein described, acting under the cloak and color of state law, Defendants violated 42 U.S.C. § 1983 by retaliating, overtly and covertly harassing, intimidating and ridiculing Plaintiff because of his race.

44.    By and through the course of conduct herein described, Defendants, acting under the        cloak of state law created working conditions so intolerable for Plaintiff that another person in the Plaintiff's position would have felt compelled to resign under said circumstances.

## VII.
### THIRD CAUSE OF ACTION
### FAILURE TO PREVENT CONSPIRACY IN VIOLATION OF 42 U.S.C. § 1985 (3)
### (DEFENDANTS IN THEIR INDIVIDUAL CAPACITIES).

45.    Plaintiff incorporates paragraphs 1-44 as if fully written herein.

46.    Predictability, in accordance with their conspiratorial complicity, Defendants Dennis Garberg and John Anderson conspired to directly and intentionally created a hostile work environment and made disparaging comment in morning meetings towards Plaintiff; thereby violating and depriving plaintiff as

COMPLAINT OF EMPLOYMENT                9                Adonis H. Bennett
DISCRIMINATION                                          610 N. Charlotte Avenue
                                                        Bremerton, WA 98312
                                                        Phone: (360) 801-3100

well as, equal protection of the law, and equal privileges pursuant to the guarantees of the United States Constitution.

## VIII.
## FOURTH CAUSE OF ACTION
**DEFENDANTS KNOWLEDGE OF AND FAILURE TO PREVENT CONSPIRACY IN DIRECT VIOLATION OF 42 U.S.C. § 1986 (3)**

47.    Plaintiff incorporates paragraphs 1-46 as if fully written herein.

48.    Defendants acted in complete cooperation with one another in harassing, maligning, hostilely confronting, intimidating, coercion discrediting, undermining, surveillance, retaliating and racially discriminating against Plaintiff, which deprived plaintiff of his Constitutional Rights.

49.    Despite their ability and ample time to prevent and/or reverse the effects of the malicious and harmful conspiracy against plaintiff, defendants permitted these actions to occur by doing nothing.

## IX.
## FIFTH CAUSE OF ACTION
**DEFENDANTS KNOWLEDGE OF THE CONSPIRACY WITH THE ABILITY TO PREVENT IT, VIOLATED TITLE VII; 42 U.S.C. § 2000e-2 (3)**

50.    Plaintiff incorporates paragraphs 1-49 as if fully written herein.

51.    By and through the course of conduct herein described, defendant University of Washington and it agents and assigns Ana Mari Cauce, Dennis Garberg and John Anderson, Anne Marie Marshall and Beverly Paige, Human Resource, acting under the cloak of state law created working conditions so intolerable for Plaintiff who has to seek counseling from mental health profession. The harassment and retaliation, was based solely on Plaintiff's race, age and gender.

52.    Wherefore premises considered, the activity of Defendant University of Washington,  and it agents and assigns Ana Mari Cauce, Dennis Garberg, John Anderson; Anne Marie Marshall and Beverly Paige, Human Resource and failing to protect Plaintiff from harassment and surveillance based on his

COMPLAINT OF EMPLOYMENT                    10                    Adonis H. Bennett
DISCRIMINATION                                                        610 N. Charlotte Avenue
                                                                     Bremerton, WA 98312
                                                                     Phone: (360) 801-3100

race and gender which caused Plaintiff to endure discriminatory actions in the workplace thereby causing a hostile work environment in the violation of Title VII of the Civil Rights Act of 1964 as amended.

## X.
## STATE CLAIMS
## SIXTH CAUSE OF ACTION
## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

53.    Plaintiff incorporates paragraphs 1-52 as if fully rewritten herein.

54.    Defendants' forgoing actions were extreme and outrageous, in that all Defendants constantly created a hostile and discriminatory work environment for Plaintiff with their racially motivated actions. Defendants' conduct were intentional which cause emotional distress, injury, and loss of possible earning capacity.

55.    Said Actions on the part of the Defendants caused the plaintiff to suffer damages including, but not limited to, loss of possible earning capacity, physical injury, tarnishing his character, reputation and credibility, which was the direct cause for severe emotional distress.

## XI.
## SEVENTH CAUSE OF ACTION
## NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

56.    Plaintiff incorporates paragraphs 1-55 as if fully rewritten herein.

57.    The Defendants' foregoing conduct negligently and carelessly inflicted emotional distress.

58.    Said actions on the part of the Defendants caused the Plaintiff to suffer damages including, but not limited to, lost of possible wages, shame, humiliation, damage to reputation and emotional distress.

## XII
## EIGHT CAUSE OF ACTION
## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

59.    Plaintiff incorporates paragraphs 1-58 as if fully rewritten herein.

COMPLAINT OF EMPLOYMENT                    11                    Adonis H. Bennett
DISCRIMINATION                                                   610 N. Charlotte Avenue
                                                                Bremerton, WA 98312
                                                                Phone: (360) 801-3100

60.    The Defendants' forgoing actions were extreme egregious, nefarious, and outrageous.

61.    The Defendants' forgoing actions were cruel and unusual punishment, because there was never unbiased investigation conducted, and the allegations were never properly investigated.

62.    The Defendants' conduct was intentional and inflicted upon Plaintiff; intentional infliction of emotional distress and physical injury.

63.    The Defendants actions alleged above caused the Plaintiff severe emotional distress.

64.    Said actions on the part of the Defendants caused the Plaintiff to suffer damages including, but not limited to possible loss of earning and severe emotional and physiological distress.

## **RELIEF REQUESTED**

**WHEREFORE,** ADONIS H. BENNETT, Plaintiff, pray for relief as follows.

1.  Compensatory damages, and for possible loss of earning capacity ($300,000.00)

2.  Damages for emotional and physical distress ($150,000.00)

3.  Punitive damages ($275, 000.00)

4.  A Jury trial on all issues so triable; and

5.  Such other relief as this Court may deem just and proper.

on this Date, Tuesday, October 29, 2024

Respectfully Submitted,

By: _____
Adonis Bennett, Plaintiff, Citizen & Party
610 N Charlotte Avenue
Bremerton, WA 98312
Phone: (360) 801-3100

COMPLAINT OF EMPLOYMENT                    12                    Adonis H. Bennett
DISCRIMINATION                                                         610 N. Charlotte Avenue
                                                                              Bremerton, WA 98312
                                                                              Phone: (360) 801-3100

**[CERTIFICATE OF SERVICE]**

I hereby certify that a true and correct copy of the foregoing Plaintiff's Complaint of Employment Discrimination was served upon the Defendants, and to the address listed below via Personal Service or Certified United States mail.

on this Date, Tuesday, October 29, 2024

Ana Mari Cauce, President
UNIVERSITY OF WASHINGTON
301 Gerberding Hall
P. O. Box 351230
Seattle, WA 98195

Dennis Garberg, Zone Manager
UNIVERSITY OF WASHINGTON
4515 25th Avenue NE
Seattle, WA 98195

John Anderson, Refrigeration Supervisor
UNIVERSITY OF WASHINGTON
1959 Pacific Street NE
Rm D-113
Seattle, WA 98195

By: _____
Adonis Bennett, Plaintiff, Citizen & Party
610 N Charlotte Avenue
Bremerton, WA 98312
Phone: (360) 801-3100

COMPLAINT OF EMPLOYMENT
DISCRIMINATION

13

Adonis H. Bennett
610 N. Charlotte Avenue
Bremerton, WA 98312
Phone: (360) 801-3100