UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADONIS H. BENNETT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNIVERSITY OF WASHINGTON, et al.,<br><br>　　　　　Defendants. | CASE NO. C24-1777JLR<br><br>ORDER |

The court is in receipt of Plaintiff Adonis H. Bennett's motion in opposition to Defendants' notice of deposition (Mot. (Dkt. # 21)) and remaining Defendant University of Washington's ("the University") opposition to Mr. Bennett's motion (Opp. (Dkt. # 24)).[1] Mr. Bennett petitions the court to quash the University's notice of deposition

---

[1] The court finds good cause to resolve the motion in advance of the noting date "to secure the just, speedy, and inexpensive determination of every action and proceeding." Fed. R. Civ. P. 1; (*see generally* Dkt. (providing that Mr. Bennett's motion was originally noted for January 26, 2026).)

ORDER - 1

1  because it purportedly deprived him of "adequate time to prepare" and imposed "undue
2  burden and prejudice." (Mot. at 2; *see also* Pls. Memo. (Dkt. # 22) at 2 (contending that
3  the University provided three days' notice of the deposition).)
4       The University originally noted Mr. Bennett's deposition for January 5, 2026,
5  which is the final day of the discovery period. (*See* Opp. at 1; *see also* 3/7/25 Min. Order
6  (Dkt. # 11) (setting a January 5, 2026 deadline for completion of discovery).) According
7  to the University, after Mr. Bennett filed his motion to quash, the parties conferred and
8  "the University agreed to re-schedule [Mr. Bennett's] deposition to January 23, 2026[.]"
9  (Opp. at 1.) The University represents that Mr. Bennett objected to the new date
10 "because the new deposition date is beyond the discovery cutoff." (*Id*. at 1.) The
11 University now petitions the court to extend the discovery period and compel Mr. Bennett
12 to appear at his deposition on January 23, 2026. (*See id*. at 1.)
13      The court finds good cause to extend the discovery deadline to **January 23,**
14 **2026,** for the limited purpose of taking Mr. Bennett's deposition. Mr. Bennett is
15 ORDERED to attend his deposition no later than January 23, 2026. The parties remain
16 subject to all other pretrial deadlines, which remain set as provided in the scheduling
17 order. (*See* 3/7/25 Min. Order.) The court puts the University on notice that the
18 deadlines set by the court's scheduling order are not subject to amendment absent the
19 court's permission. (*See id*. at 2 ("These are firm dates that can be changed only by order
20 of the court, not by agreement of counsel or parties.").) Further failure to follow the
21 court's orders and comply with this District's Local Civil Rules may result in sanctions.
22 *See* Local Rules W.D. Wash. LCR 1(c) (setting forth that any attorney or party who

1 | without just cause fails to comply with the District's Local Civil rules may be subject to
2 | sanctions as the court may deem appropriate)).
3 |
4 |     Dated this <u>16th</u> day of January, 2026.

                                                */s/ James L. Robart*
                                          JAMES L. ROBART
                                          United States District Judge

ORDER - 3